UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL - 7 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN RE:

Maia Shelton  Debtor.

Plaintiff,

v.

Defendant.

Case No.: 170070l

Adversary Proceeding No.: _____

**PRAECIPE**

This 7th day of July, 2023,

THE CLERK OF COURT WILL

Signature: Maia Shelton
Name (Printed): Maia Shelton
Address: 1629 K St NW Ste 300
Washington DC, 20002
Phone Number: (240) 204-4351
Attorney For: _____

**Maia Shelton**

1629 K St NW Suite 300
Washington, D.C. 20006
240-204-4351
Case#1700701
mshel221@gmail.com

July 7, 2023

Honorable Elizabeth Gunn
333 Constitution Ave N.W.
Washington D.C. 20001

Dear Honorable Gunn,

I am writing to provide an explanation to reopen my bankruptcy filing. I am an Uber driver and I have been facing financial difficulties for five months. I purchased a 2021 Volkswagen Atlas Cross sport on January 13, 2023 the ECP and Check Engine Light has come on eight times since I purchased the vehicle and it causes the vehicle to power down while I have passengers in the vehicle, which makes it unsafe and impossible for me to meet my financial obligations. I have taken the vehicle to Volkswagen dealership to fix the problem it's been unsuccessful. The vehicle is passed it's warranty for used cars protocol for the manufacturer or dealership to buy the vehicle back.

Despite my best efforts to improve my financial situation, I found myself struggling to make ends meet. As a result, I made the difficult decision to ask you to reopen my bankruptcy. While this was not an easy decision, I knew it was the best option for me to get back on track financially.

I have taken steps to address my financial situation. I am currently in Commercial Driving School to obtain my Class A license. I am committed to improving my financial situation and making a fresh start.

Thank you for taking the time to consider my situation. If you have any questions or concerns, please do not hesitate to contact me. I appreciate your understanding and support.

Sincerely yours,

Maia Shelton

Page 1 of 3
**Platinum Card | Platinum Mastercard ending in 2003**
May 19, 2023 - Jun 17, 2023 | 30 days in Billing Cycle



## Payment Information

Payment Due Date
**Jul 12, 2023**

For online and phone payments, the deadline is 8pm ET.

New Balance
**$1,169.47**

Minimum Payment Due
**$40.00**

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $38.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 8 Years | $2,879 |
| $49 | 3 Years | $1,775 |
| Estimated savings if balance is paid off in about 3 years: $1,104 | | |

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $1,330.94 |
| Payments | - $200.00 |
| Other Credits | $0.00 |
| Transactions | + $10.00 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $28.53 |
| **New Balance** | = $1,169.47 |
| Credit Limit | $1,300.00 |
| Available Credit (as of Jun 17, 2023) | $130.53 |
| Cash Advance Credit Limit | $150.00 |
| Available Credit for Cash Advances | $130.53 |



300077

**Manage your account anywhere, anytime.**
Pay your bill, set up alerts and more with the Capital One® mobile app.

Text ONE to 80101 to download the app today. Messaging & Data rates may apply.

## Account Notifications

ⓘ Welcome to your account notifications. Check back here each month for important updates about your account.

Pay or manage your account at capitalone.com

Customer Service: 1-800-227-4825

See reverse for Important Information



MAIA SHELTON
STE 300
1629 K ST NW
WASHINGTON, DC 20006-1631



**Save time, stay informed.**
Discover new features with the Capital One Mobile app.

Scan this QR Code with your phone's camera to download the top-rated Capital One Mobile app.

Payment Due Date: **Jul 12, 2023**     Account ending in 2003

| New Balance | Minimum Payment Due | Amount Enclosed |
|---|---|---|
| $1,169.47 | $40.00 | $ _____ |

Please send us this portion of your statement and only one check (or one money order) payable to Capital One to ensure your payment is processed promptly. Allow at least seven business days for delivery.

Capital One
P.O. Box 71087
Charlotte NC 28272-1087



Page 2 of 3
Platinum Card | Platinum Mastercard ending in 2003
May 19, 2023 - Jun 17, 2023 | 30 days in Billing Cycle

## Transactions

Visit capitalone.com to see detailed transactions.

### MAIA SHELTON #2003: Payments, Credits and Adjustments

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| May 23 | May 23 | CAPITAL ONE ONLINE PYMTAuthDate 23-May | - $200.00 |

### MAIA SHELTON #2003: Transactions

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| May 31 | Jun 2 | LAZ PARKING 570105-SKIWASHINGTONDC | $10.00 |
| **MAIA SHELTON #2003: Total Transactions** | | | **$10.00** |

**Total Transactions for This Period** — $10.00

## Fees

| Trans Date | Post Date | Description | Amount |
|---|---|---|---|
| **Total Fees for This Period** | | | **$0.00** |

## Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $28.53 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$28.53** |

## Totals Year-to-Date

| | |
|---|---|
| Total Fees charged | $151.00 |
| Total Interest charged | $179.63 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charged |
|---|---|---|---|
| Purchases | 29.48% P | $1,177.59 | $28.53 |
| Cash Advances | 29.48% P | $0.00 | $0.00 |

**Variable APRs:** If you have a letter code displayed next to any of the above APRs, this means they are variable APRs. They may increase or decrease based on one of the following indices (reported in The Wall Street Journal) as described below.

| Code next to your APR(s) | How do we calculate your APR(s)? | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | The first day of the Billing Cycles that end in Jan., April, July and Oct. |
| L | 3 month LIBOR + margin | |
| D | Prime Rate + margin | The first day of each Billing Cycle |
| F | 1 month LIBOR + margin | |

Additional Information on the next page



| Account Number: | ...52 |
|---|---|
| Vehicle: | 21 VOLKSWAG ATLAS CROSS |
| **ACCOUNT STATUS** | **PAST DUE** |

# YOUR MONTHLY AUTO STATEMENT
Statement Date: 06/23/2023

MAIA SHELTON
809 SHERIDAN ST
HYATTSVILLE, MD 20783-3229



**Get caught up fast by setting up a payment plan today.**

We can help you get your account back on track and help avoid potential late fees. Call us at 1-800-946-0332 to set up a plan that works for you.

## STATEMENT INFO

| | |
|---|---|
| Current Payment Due: | $799.00 |
| Past Due: | $1,598.00 |
| Late Fees: | $39.95 |
| **Total Due:** | **$2,436.95** |
| Payment Due Date: | 07/14/2023 |

## ACCOUNT INFO

| | |
|---|---|
| Principal Balance: | $39,764.63 |
| Payoff Amount: | $41,022.74 |
| Payoff Good Through: | 07/03/2023 |

## TRANSACTION HISTORY

Transactions between 05/24/2023 - 06/22/2023

| Date | Description | Late Fees | | Total |
|---|---|---|---|---|
| 05/24/2023 | Late Fees Assessed | $39.95 | = | $39.95 |

---

Please detach and return the portion below with your payment.

**PAYMENT OPTIONS**
Pay or manage your account using our mobile app or online at www.capitalone.com | Pay by phone 1-800-946-0332

- Make checks payable to Capital One Auto Finance. Include your account number on check. **Don't send cash.**
- Send your check with payment coupon in envelope provided.
- Don't staple or paper clip your check to payment coupon.

| Account Number: | |
|---|---|
| Total Due: | $2,436.95 |
| Due Date: | 07/14/2023 |
| Amount Enclosed: | $ |

MAIA SHELTON
809 SHERIDAN ST
HYATTSVILLE, MD 20783-3229



### PAY ON THE GO.
Pay your bill securely and review transactions online or with the Capital One® mobile app.

Text **ONE** to **80101** to download the app.
Messaging & Data rates may apply.

Capital One Auto Finance
PO Box 60511
City of Industry, CA 91716-0511