1700701

 351 West Opportunity Way
Draper UT, 84020

| ACCOUNT STATEMENT | |
|---|---|
| Statement Date | 6/25/2023 |
| Account Number | |
| Due Date | 7/13/2023 |
| Monthly Payment | $221.51 |
| Total Balance<br>Principal + Interest + Fees | $3,366.99<br>This is not a payoff amount |
| Payments received after 5:00 PM MT may be processed the next business day | |
| CONTACT US | |
| Online Payments | www.MyPrestige.com |
| Customer Service | 888.822.7422 |
| E-Mail | MyAccount@MyPrestige.com |

MAIA SHELTON
1629 K ST NW STE 300
WASHINGTON, DC 20006

| PRINCIPAL BALANCE AS OF 6/25/2023 | |
|---|---|
| Current Principal Balance | $3,073.83<br>This is not a payoff amount |

| PAYMENT APPLICATION | 5/27/2023 - 6/25/2023 |
|---|---|
| Total Payment | $-675.00 |
| Principal Paid | $-533.88 |
| Interest Paid | $-141.12 |
| Fees Paid | $0.00 |

### RECENT TRANSACTION HISTORY*

| Date | Activity | Amount |
|---|---|---|
| 6/7/2023 | Late Fee Assessed | $4.50 |
| 6/6/2023 | Payment Reversal | ($675.00) |
| 6/1/2023 | Resubmitted Payment Received | $675.00 |
| 6/1/2023 | Payment Reversal | ($675.00) |

*Up to five transactions are in the Recent Transaction History. For additional information, please visit our website at www.MyPrestige.com or call us at 888.822.7422.

## Announcements:

Our New Website is Here! Go to MyPrestige.com to see:
- New design optimized for mobile phones and tablets
- New user interface making it easy to manage how and when you make payments
- New payoff quote generator
- Receive monthly statements by email and view past statements online
- Set up payment reminders and manage communication preferences
- Learn money-saving tips from articles about loans, credit, personal finance, and more
- Enroll in AutoPay and register for Rate Reduction Rewards℠



**FILED**

JUL 1 2 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Important information on reverse side of statement.

---

### PAYMENT COUPON – Please include with payment or PAY ONLINE

| PAYMENT SUMMARY | |
|---|---|
| Due Date | 7/13/2023 |
| Monthly Payment Amount | $221.51 |
| Past Due/Due Now | $886.04 |
| Total Payment Due | $1,107.55 |

Pay ONLINE or Make Checks Payable to "Prestige"

**MAKE PAYMENT**
www.MyPrestige.com
888.822.7422

Account Number

Customer(s)
MAIA SHELTON

AutoPay – If you are enrolled in AutoPay, this statement does not affect your AutoPay enrollment.
To set up AutoPay, visit www.MyPrestige today!

Prestige Financial Services, Inc.
PO BOX 26707
SALT LAKE CITY, UT 84126